IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| CARL MOSS, #B-18364, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CASE NO. 11-cv-091-MJR |
| | ) |
| LT. WALTERS and JOHN DOE TACT TEAM MEMBERS, | ) |
| | ) |
| Defendants. | ) |

## JUDGMENT IN A CIVIL CASE

This action came before the Court, District Judge Michael J. Reagan, and the following decision was reached:

By Order dated September 30, 2011, this action was dismissed with prejudice, Plaintiff to recover nothing, and the parties to bear their own costs.  **JUDGMENT IS HEREBY ENTERED** in favor of Defendants and against Plaintiff Carl Moss.  This dismissal shall count as one of Plaintiff's allotted "strikes" under 28 U.S.C. § 1915(g).

**DATED**: September 30, 2011

NANCY J. ROSENSTENGEL, CLERK

By: s/ Tanya Kelley
     Deputy Clerk

APPROVED:   /s/ Michael J. Reagan
              Michael J. Reagan
              United States District Judge